**Peter O. Tuenge, OSB #034814**
ptuenge@keatingjones.com
**Jamie Edward Valentine, OSB #075556**
jvalentine@keatingjones.com
Keating Jones Hughes PC
200 SW Market St., Suite 900
Portland, OR 97201-5730
Phone: (503) 222-9955
Fax: (503) 796-0699
Of Attorneys for Timothy David Zeigler, MD; Northwest Acute Care Specialists, PC; Legacy Health; and Legacy Meridian Park Hospital

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| NICHOLAS CEDERBERG and HAYLEY SHELTON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON COUNTY CONSOLIDATED COMMUNICATIONS AGENCY, an intergovernmental corporation of Washington County, Oregon, KELLY DUTRA, DENNIS DOYLE, MARTY WINE, DON BOHN, MIKE DUYCK, MICHAEL KINKADE, PAULA PETERSON, MONIQUE ROBERTS, BRECK PARK-BURSON, KINSEY COYNE, STEPHANIE LEE, JESSICA MCKENZIE, KATHRYN FISCHER, ALLISON ORSBORN, JASON MARCEAU, MELISSA PROCACCINI, ELIZABETH SMITH, TONYA COWGER, JON NOLAN, WASHINGTON COUNTY, PAT GARRETT, ERIC STONEBERG, TIMOTHY DAVID ZEIGLER, M.D., NORTHWEST ACUTE CARE SPECIALISTS, PC, an Oregon corporation; LEGACY HEALTH, an Oregon corporation; and LEGACY MERIDIAN PARK HOSPITAL, an Oregon corporation,<br><br>Defendants. | Case No. 3:18-cv-02044-HZ<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO TIMOTHY DAVID ZEIGLER, MD; NORTHWEST ACUTE CARE SPECIALISTS, PC ONLY**<br><br>By Timothy David Zeigler, MD; Northwest Acute Care Specialists, PC; Legacy Health; and Legacy Meridian Park Hospital |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO TIMOTHY DAVID ZEIGLER, MD; NORTHWEST ACUTE CARE SPECIALISTS, PC ONLY -** Page 1

Doc No. 1510938

KEATING JONES HUGHES P.C.
200 SW Market St., Suite 900
Portland, Oregon 97201-5730
(503) 222-9955

The parties, by and through counsel undersigned, hereby stipulate to an Order dismissing all claims against defendants Timothy David Zeigler, MD and Northwest Acute Care Specialists, PC, only, with prejudice and without costs.

**IT IS SO ORDERED.**

**Dated:** March 5, 2020

*Marco Hernandez* (signature)
Honorable Marco A. Hernandez
U.S. District Judge

**IT IS SO STIPULATED:**

*s/ David D. Park*                                          DATED: 03/03/2020
David D. Park, OSB No. 803358
Elliott & Park, P.C.
Of Attorneys for Plaintiff

*s/ Nelson R. Hall*                                         DATED: 03/03/2020
Nelson R. Hall, OSB No. 852221
Bennett, Hartman, Morris & Kaplan, LLP
Of Attorneys for Plaintiff

*s/Jamie E. Valentine*                                      DATED: 03/03/2020
Jamie Edward Valentine, OSB No. 075556
KEATING JONES HUGHES, P.C.
Of Attorneys for Timothy David Zeigler, MD;
Northwest Acute Care Specialists, PC;
Legacy Health; and Legacy Meridian Park Hospital

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO TIMOTHY DAVID ZEIGLER, MD; NORTHWEST ACUTE CARE SPECIALISTS, PC ONLY -** Page 2

Doc No. 1510938

KEATING JONES HUGHES P.C.
200 SW Market St., Suite 900
Portland, Oregon 97201-5730
(503) 222-9955